**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

UNITED STATES OF AMERICA,                    Case No 4:23-CR-00424.

      Plaintiff,

      -vs-

                              **JUDGE PAMELA A. BARKER**

DARELLE MCMINN,

      Defendant.                    **MEMORANDUM OPINION & ORDER**

This matter is before the Court upon Defendant Darelle McMinn's ("Defendant" or "McMinn") Motion to Modify Conditions of Probation to "permit him to use medical marijuana only in accordance with the State of Ohio regulations and the terms of prescription." ("Defendant's Motion," Doc. No. 39, at PageID # 235.) The United States of America opposes Defendant's Motion for the reasons set forth in the Government's Brief in Opposition to Defendant's Motion ("the Government's Opposition"). (Doc. No 44.) Indeed, the Government's bases for objecting to McMinn's request that this Court modify the conditions of McMinn's probation to allow or permit him to use medical marijuana set forth in the Government's Opposition are well-taken.

Importantly, too, at the sentencing hearing this Court advised McMinn as follows:

> THE COURT:  Now, this is the tricky part. You must refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and to at least two periodic drug tests thereafter as determined by the Court.
> I might have allowed you to use your marijuana while on pretrial release, but this is one of the things that I'm not going to allow you to do while you're on probation. So

that's -- you're going to show me that you're so committed to your children and their well-being and that you want to be out to take care of them that you can overcome your dependence on marijuana, whether medical or otherwise. Do you understand that?

THE DEFENDANT: Yes, ma'am.

HE COURT: All right.

Accordingly, Defendant's Motion is DENIED.

**IT IS SO ORDERED.**

    *s/Pamela A. Barker*
    PAMELA A. BARKER
Date:  March 3, 2026    U. S. DISTRICT JUDGE